IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PRISCILLA JEAN HAMPTON                                               PLAINTIFF

vs.                              Civil No. 1:12-cv-01084

CAROLYN W. COLVIN                                                    DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 5th day of June 2013 comes for consideration the Report and Recommendation dated May 17, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Fourteen (14) days have passed without objections being filed by the Parties. *See* 28 U.S.C. § 636(b)(1) (2009). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/ Susan O. Hickey
Susan O. Hickey
U.S. District Judge